# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SONIA BARRIENTOS,** | Case No. 2:14-cv-08287-BRO-JEM |
| Plaintiff, | **ORDER** |
| vs. | |
| **OPTIO SOLUTIONS LLC,** | |
| Defendant. | |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties to dismiss this case with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the entire case is dismissed with prejudice. Each party shall bear their own costs and attorneys' fees.

IT IS SO ORDERED.

DATED: September 25, 2015

_____
Hon. Beverly Reid O'Connell
United States District Judge